NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS E. BAILEY,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2021-1624

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-00458-NBF, Senior Judge Nancy B. Firestone.

---

**JUDGMENT**

---

MILTON C. JOHNS, Executive Law Partners, PLLC, Fairfax, VA, argued for plaintiff-appellant.

SONIA MARIE ORFIELD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.  Also represented by BRIAN M. BOYNTON, DEBORAH ANN BYNUM, MARTIN F. HOCKEY, JR.; HANK NGUYEN, Military Personnel Branch, General Litigation Division, United States Department of the Air Force, Joint Base Andrews, MD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, BRYSON and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td></td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>October 12, 2021</td><td>Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Clerk of Court</td></tr>
</table>